1
2
3
4
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT COURT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HPG CORPORATION, a corporation; TWIN BUILDERS FOUNDATION CORPORATION, a non-profit corporation; HOME AND BUSINESS PRESERVATION GROUP CORPORATION, a non-profit corporation; MERCEDES ALBANA; JOJO GUINGAO; JOSEFINA LAMPA-DE LEON; EDDY and CECILLA ILLANUEVA; JAMES HUNT, JR.; DON MARAMAG; JOHNNY CUA; JENNY TRAC; CUONG DO; SEVERINO ESTILLORE, JR.; LILLIAM NAKU; DANIEL YOUNG; SUSAN HOANG, individuals and on behalf of themselves and all others similarly situated,<br><br>               Plaintiffs,<br><br>  vs.<br><br>COUNTRYWIDE HOME LOANS, a corporation; BANK OF AMERICA, a corporation; WACHOVIA BANK, a corporation, JPMORGAN CHASE & CO. dba WASHINGTON MUTUAL, a corporation; CITI MORTGAGE, a corporation; on behalf of themselves and as representatives for all other similarly situated,<br><br>               Defendants. | Case No. CV10-00985 SI<br><br>**<u>CLASS ACTION</u>**<br><br>**[PROPOSED] ORDER DISMISSING PLAINTIFF JOJO GUINGAO, AND DEFENDANT CITI MORTGAGE FROM THIS ACTION WITHOUT PREJUDICE**<br><br>Judge:  Hon. Susan Illston<br>Courtroom _10<br><br>Action Filed:  March 8, 2010 |

//
//

CV10-00985 SI                                               ORDER TO DISMISS WITHOUT PREJUDICE

1  
2     Upon consideration of the *Plaintiff's and Defendant's Stipulation to Dismiss
3  *Plaintiff JOJO GUINGAO and Defendant CITI MORTGAGE from this Action
4  Without Prejudice*, and for good cause having been shown, IT IS HEREBY
5  ORDERED THAT Plaintiff JOJO GUINGAO and Defendant CITI MORTGAGE
6  be dismissed from this action without prejudice.
7     **PURSUANT TO STIPULATION, IT IS SO ORDERED**
8  
   Dated:_____, 2010                    _____
9                                             Hon. Susan Illston
10                                            UNITED STATES DISTRICT JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                    -1-
CV10-00985 SI                              ORDER TO DISMISS WITHOUT PREJUDICE