1
2
3
4
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT COURT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HPG CORPORATION, a corporation; TWIN BUILDERS FOUNDATION CORPORATION, a non-profit corporation; HOME AND BUSINESS PRESERVATION GROUP CORPORATION, a non-profit corporation; MERCEDES ALBANA; JOJO GUINGAO; JOSEFINA LAMPA-DE LEON; EDDY and CECILLA ILLANUEVA; JAMES HUNT, JR.; DON MARAMAG; JOHNNY CUA; JENNY TRAC; CUONG DO; SEVERINO ESTILLORE, JR.; LILLIAM NAKU; DANIEL YOUNG; SUSAN HOANG, individuals and on behalf of themselves and all others similarly situated,<br><br>                        Plaintiffs,<br><br>   vs.<br><br>COUNTRYWIDE HOME LOANS, a corporation; BANK OF AMERICA, a corporation; WACHOVIA BANK, a corporation, JPMORGAN CHASE & CO. dba WASHINGTON MUTUAL, a corporation; CITI MORTGAGE, a corporation; on behalf of themselves and as representatives for all other similarly situated,<br><br>                        Defendants. | Case No. CV10-00985 SI<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER DISMISSING PLAINTIFFS HPG CORPORATION, TWIN BUILDERS FOUNDATION CORPORATION, HOME AND BUSINESS PRESERVATION GROUP CORPORATION, JOSEFINA LAMPA-DE LEON AND DON MARAMAG, AND DEFENDANT JP MORGAN CHASE BANK, NA FROM THIS ACTION WITHOUT PREJUDICE**<br><br>Judge:  Hon. Susan Illston<br>Courtroom _10<br><br>Action Filed:  March 8, 2010 |

//
//

CV10-00985 SI                                                            ORDER TO DISMISS WITHOUT PREJUDICE

Upon consideration of the *Plaintiffs' and Defendants' Stipulation to Dismiss Plaintiffs HPG CORPORATION, TWIN BUILDERS FOUNDATION CORPORATION, HOME AND BUSINESS PRESERVATION GROUP CORPORATION, JOSEFINA LAMPA-DE LEON and DON MARAMAG and Defendant JPMORGAN CHASE BANK, N.A., incorrectly named as JPMorgan Chase & Co. from this Action Without Prejudice*, and for good cause having been shown, IT IS HEREBY ORDERED THAT Plaintiffs HPG Corporation, Twin Builders Foundation Corporation, Home and Business Preservation Group Corporation, Josefina Lampa-DeLeon and Don Maramag and Defendant JPMorgan Chase Bank, N.A. be dismissed from this action without prejudice.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated:_____, 2010

_____
Hon. Susan Illston
UNITED STATES DISTRICT JUDGE