# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT COURT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| HPG CORPORATION, a corporation; TWIN BUILDERS FOUNDATION CORPORATION, a non-profit corporation; HOME AND BUSINESS PRESERVATION GROUP CORPORATION, a non-profit corporation; MERCEDES ALBANA; JOJO GUINGAO; JOSEFINA LAMPA-DE LEON; EDDY and CECILLA VILLANUEVA; JAMES HUNT, JR.; DON MARAMAG; JOHNNY CUA; JENNY TRAC; CUONG DO; SEVERINO ESTILLORE, JR.; LILLIAN NAKU; DANIEL YOUNG; SUSAN HOANG, individuals and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, a corporation; BANK OF AMERICA, a corporation; WACHOVIA BANK, a corporation, JPMORGAN CHASE & CO. dba WASHINGTON MUTUAL, a corporation; CITI MORTGAGE, a corporation; on behalf of themselves and as representatives for all other similarly situated,<br><br>Defendants. | Case No. CV10-00985 SI<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER DISMISSING DEFENDANT WACHOVIA MORTGAGE AND PLAINTIFFS JAMES HUNT JR. AND LILLIAN NAKU FROM THIS ACTION WITHOUT PREJUDICE**<br><br>Judge:  Hon. Susan Illston<br>Courtroom _10<br><br>Action Filed:  March 8, 2010 |

//

//

Upon consideration of the *Plaintiffs' and Defendant Wachovia Bank's Stipulation to Dismiss Plaintiffs James Hunt Jr. and Lililan Naku and Defendant Wachovia Bank from this Action Without Prejudice*, and for good cause having been shown, IT IS HEREBY ORDERED THAT Plaintiffs James Hunt Jr. and Lillian Naku, and Defendant Wachovia Mortgage, erroneously sued as Wachovia Bank (formerly known as World Savings Bank, FSB and Wachovia Mortgage, FSB, now a division of Wells Fargo Bank, NA), be dismissed from this action without prejudice.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated:_____, 2010                   _____

                                          Hon. Susan Illston
                                          UNITED STATES DISTRICT JUDGE

-1-

00000476