1
2
3
4
5

6 UNITED STATES DISTRICT COURT

7 NORTHERN DISTRICT COURT OF CALIFORNIA

8 SAN FRANCISCO DIVISION

| | |
|---|---|
| HPG CORPORATION, a corporation; TWIN BUILDERS FOUNDATION CORPORATION, a non-profit corporation; HOME AND BUSINESS PRESERVATION GROUP CORPORATION, a non-profit corporation; MERCEDES ALBANA; JOJO GUINGAO; JOSEFINA LAMPA-DE LEON; EDDY and CECILLA VILLANUEVA; JAMES HUNT, JR.; DON MARAMAG; JOHNNY CUA; JENNY TRAC; CUONG DO; SEVERINO ESTILLORE, JR.; LILLIAM NAKU; DANIEL YOUNG; SUSAN HOANG, individuals and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, a corporation; BANK OF AMERICA, a corporation; WACHOVIA BANK, a corporation, JPMORGAN CHASE & CO. dba WASHINGTON MUTUAL, a corporation; CITI MORTGAGE, a corporation; on behalf of themselves and as representatives for all other similarly situated,<br><br>Defendants. | Case No. CV10-00985 SI<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER DISMISSING DEFENDANTS COUNTRYWIDE HOME LOANS, BANK OF AMERICA AND PLAINTIFFS MERCEDES ALBANA, EDDY AND CECILLA VILLANUEVA, CUONG DO, SEVERINO ESTILLORE, JR., SUSAN HOANG, JOHNNY CUA, JENNY TRAC, AND DANIEL YOUNG FROM THIS ACTION WITHOUT PREJUDICE**<br><br>Judge: Hon. Susan Illston<br>Courtroom _10<br><br>Action Filed: March 8, 2010 |

//

//

CV10-00985 SI                                    ORDER TO DISMISS WITHOUT PREJUDICE

1  Upon consideration of the *Plaintiffs' and Defendants' Stipulation to Dismiss Plaintiffs MERCEDES ALBANA, EDDY AND CECILLA VILLANUEVA, CUONG DO, SEVERINO ESTILLORE, JR., SUSAN HOANG, JOHNNY CUA, JENNY TRAC, and DANIEL YOUNG and Defendant COUNTRYWIDE HOME LOANS and BANK OF AMERICA from this Action Without Prejudice*, and for good cause having been shown, IT IS HEREBY ORDERED THAT Plaintiffs Mercedes Albana, Eddy and Cecilla Villanueva, Cuong Do, Severino Estillore, Jr., Susan Hoang, Johnny Cua, Jenny Trac, Daniel Young, and Defendants Countrywide Home Loans and Bank of America be dismissed from this action without prejudice.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated:_____, 2010            _____

Hon. Susan Illston
UNITED STATES DISTRICT JUDGE